The People of the State of New York, Respondent,
against
James Birth, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal court of the City of New York, Bronx County (Carol R. Sharpe, J.), rendered February 10, 2014, convicting him, upon a plea of guilty, of resisting arrest, and imposing sentence.




Per Curiam.
Judgment of conviction (Carol R. Sharpe, J.), rendered February 10, 2014, affirmed.
Defendant failed to preserve his present challenge to the issuance of the order of protection, since he did not raise the issue at sentencing or move to vacate the order on the specific ground that he raises on appeal (see CPL 470.05[2]; People v Nieves, 2 NY3d 310, 316-318 [2004]; People v Gordon, 132 AD3d 531, 531 [2015], lv denied 26 NY3d 1109 [2016]; People v Remington, 90 AD3d 678, 679 [2011], lv denied 18 NY3d 961 [2012]). We decline to review this unpreserved claim in the interest of justice. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 22, 2018